UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELVIN MAYCON MARCOS NICOLAS,<br>Petitioner,<br>v.<br>ACTING OR CURRENT WARDEN, FACILITY ADMINISTRATION GEO INC, et al.,<br>Respondents. | Case No. 5:26-cv-05836 SSS (ADS)<br><br>ORDER TO SHOW CAUSE |

The parties are ordered to show cause why preliminary relief should not be immediately converted to final judgment on the merits for the same reasons and on the same terms provided in the order granting preliminary relief.

The parties may discharge this Order to Show Cause by filing a stipulated proposed order and judgment consistent with the order granting preliminary relief. Nothing in such stipulated proposed order and judgment, once entered, should or will

be deemed a waiver on appeal of the parties' existing documented arguments in the case.

If no stipulated proposed order and judgment is filed, the parties are ordered to meet and confer and file a joint status report by no later than **October 23, 2026**, identifying the issues remaining to be determined by the Court and a proposed briefing schedule, if necessary.

IT IS SO ORDERED.

Dated: 10/16/2026

/s/ Autumn D. Spaeth
THE HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge