JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELVIN MAYCON MARCOS NICOLAS,<br>Petitioner,<br>v.<br>ACTING OR CURRENT WARDEN, FACILITY ADMINISTRATION GEO INC, et al, | Case No. 5:26-cv-05836 SSS (ADS)<br><br>JUDGMENT |

Pursuant to the Court's Order, IT IS HEREBY ADJUDGED that the Petition is dismissed as moot.

Dated: November 16, 2026

THE HONORABLE SUNSHINE SUZANNE SYKES
United States District Judge